Richard C Houghton, Esq., SBN 120580
44-650 Village Court, Suite 200
Palm Desert, CA 92260
Telephone Number: (760) 779-1420
Facsimile Number: (760) 512-0385

Attorney for Defendant, Kathryn Bouquet Wine

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MARK PHILIP WINE, | CASE NO. SACV11-1229 CJC (RNBx) |
|     Plaintiff, | |
|   v. | |
| KATHRYN BOUQUET KOLAR (a/k/a Kathryn Bouquet Wine) and MARTIN KOLAR, | JUDGMENT |
|     Defendants. | |

This action came on for hearing before the Court, Honorable Cormac J. Carney, District Judge Presiding, on Defendant, Kathryn Bouquet Kolar's (a/k/a Kathryn Bouquet Wine) Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered on April 17, 2012,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed on the merits as to Defendant, Kathryrn Bouquet Kolar (a/k/a Kathryn Bouquet Wine) and that Defendant, Kathryn Bouquet Kolar (a/k/a Kathryn Bouquet Wine), recover her costs.

Dated: August 28, 2012

_____
Judge Cormac J. Carney

4851-0164-8656, v. 1